# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3608

Designworks Homes, Inc. and Charles Lawrence James

Appellants

v.

Columbia House of Brokers Realty, Inc., doing business as House of Brokers, Inc., doing business as Jackie Bulgin & Associates, et al.

Appellees

------------------------------

National Association of Realtors

Amicus on Behalf of Appellee(s)

No: 20-1099

Designworks Homes, Inc. and Charles Lawrence James

Appellants

v.

Susan Horak, doing business as The Susan Horak Group Re/Max Boone Realty and Boone Group, Ltd., doing business as Re/Max Boone Realty

Appellees

------------------------------

National Association of Realtors

Amicus on Behalf of Appellee(s)

No: 20-3104

Designworks Homes, Inc. and Charles Lawrence James

Appellants

v.

Columbia House of Brokers Realty, Inc., doing business as House of Brokers, Inc., doing business as Jackie Bulgin & Associates, et al.

Appellees

No: 20-3107

Designworks Homes, Inc. and Charles Lawrence James

Appellants

v.

Susan Horak, doing business as The Susan Horak Group Re/Max Boone Realty and Boone Group, Ltd., doing business as Re/Max Boone Realty

Appellees

---

Appeals from U.S. District Court for the Western District of Missouri - Jefferson City
(2:18-cv-04090-BCW)
(2:18-cv-04093-BCW)

---

**ORDER**

Appellants shall recover from the appellees Columbia House of Brokers Realty, Inc., et al., the sum the of $472.12 (four hundred seventy two dollars and twelve cents) as taxable costs on appeal. Appellants shall recover from the appellees Susan Horak, et al., the sum of $479.37 (four hundred seventy nine dollars and thirty seven cents) as taxable costs on appeal.

September 07, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans